## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

DR. ERNEST L. TAYLOR,

      Plaintiff,

v.                                Civil Action Number: _____

ST. MARY'S MEDICAL CENTER, INC.,

      Defendant.

### NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. § 1332, 1441 and 1446 Defendant, St. Mary's Medical Center, Inc., (hereinafter referred to as "SMMC" and/or "Defendant"), by counsel, David D. Amsbary, Ralph J. Hagy, and the law firm of Bailes, Craig, Yon & Sellards, PLLC, files this Notice of Removal of Civil Action from the Circuit Court of Wayne County, West Virginia, in which it is pending.  In further support, Defendant states as follows:

1.      Plaintiff, Dr. Ernest L. Taylor, (hereinafter referred to as "Plaintiff") filed the Complaint in this action on or about December 3, 2021, in the Circuit Court of Wayne County, West Virginia, Civil Action No. 21-C-103.

2.      Plaintiff's Complaint was accepted for service of process upon Defendant by the Office of the Secretary of State on or about December 9, 2021.

3.      Pursuant to 28 U.S.C. § 1446(b), Defendant has filed the instant Notice of Removal within thirty (30) days of receipt of the Summons and Complaint.

4.      Removal of this action is proper under 28 U.S.C. § 1332 and 1441, diversity of citizenship jurisdiction, in that this is a civil action brought in a state court of which the District Courts of the United States have original jurisdiction because it is undisputed that

BAILES, CRAIG, YON
& SELLARDS, PLLC
ATTORNEYS at LAW
401 10TH ST., SUITE 500
HUNTINGTON, WV

the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00), and there is complete diversity of citizenship between Plaintiff and Defendant, the only named parties herein.

5.      Plaintiff is a citizen of Crown City, Ohio.  See, Plaintiff's Complaint at paragraph No. 3(a), attached hereto within Exhibit A.

6.      Defendant is a West Virginia corporation, with its principal place of business located at 2900 First Avenue, Huntington, West Virginia 25702.  See, Exhibit B.

7.      Venue of this removal action is proper under 28 U.S.C. § 1441(a) because the United States District Court, Huntington Division, is the United States District Court for the district and division corresponding to the place where the state court action was pending, in Wayne County, West Virginia.

8.      The causes of action alleged by Plaintiff do not constitute non-removable actions under 28 U.S.C. § 1445.

9.      Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto all process, pleadings, and orders which have been filed, served or received in this action.  See, Exhibit A.

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action, together with a copy of the instant Notice of Removal, will be filed with the Clerk of the Circuit Court of Wayne County, West Virginia, and, served on Plaintiff.

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order removing this action from the Circuit Court of Wayne County, West Virginia, and, Defendant requests that this Court assume jurisdiction over this action.

BAILES, CRAIG, YON
& SELLARDS, PLLC
ATTORNEYS at LAW
401 10TH ST., SUITE 500
HUNTINGTON, WV

Respectfully submitted:

ST. MARY'S MEDICAL CENTER, INC.

By: /s/ David D. Amsbary
        Of Counsel

David D. Amsbary, Esquire (WV# 9968)
Ralph J. Hagy, Esquire (WV #12326)
BAILES, CRAIG, YON & SELLARDS, PLLC
401 Tenth Street, Suite 500
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 – Phone
(304) 697-4714 – Fax
dda@bcysfirm.com
rjh@bcysfirm.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

DR. ERNEST L. TAYLOR,

      Plaintiff,

v.                                   Civil Action Number: 3:22-cv-00011

ST. MARY'S MEDICAL CENTER, INC.,

      Defendant.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing "Notice of Removal of Civil Action" upon counsel named below by depositing a true copy thereof in the United States mail, postage prepaid at Huntington, West Virginia and by the ECMF Electronic Filing System on the 6th day of January, 2022, addressed as follows:

> Drew M. Capuder Esquire
> CAPUDER FANTASIA, PLLC
> 1543 Fairmont Avenue, Suite 101
> Fairmont, West Virginia 26554
> dcapuder@capuderfantasia.com

> ST. MARY'S MEDICAL CENTER, INC.
>
> By: /s/ David D. Amsbary
>       Of Counsel

David D. Amsbary, Esquire (WV 9968)
BAILES, CRAIG, YON & SELLARDS, PLLC
401 Tenth Street, Suite 500
Post Office Box 1926
Huntington, West Virginia   25720-1926
(304) 697-4700 – Phone
(304) 697-4714 – Fax
dda@bcyon.com

BAILES, CRAIG, YON & SELLARDS, PLLC
ATTORNEYS at LAW
401 10TH ST., SUITE 500
HUNTINGTON, WV